AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:25-cv-00025-JAT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Blackrock Debt Relief Corp**
was recieved by me on **3/04/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Joyce John**, who is designated by law to accept service of process on behalf of **Blackrock Debt Relief Corp** at **9043 160th St, Jamaica, NY 11432** on **03/07/2025 at 3:58 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   03/07/2025

*Server's signature*

**Edwin Okungbowa**
*Printed name and title*

**36 woodrow road
staten island, NY 10312**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Joyce John who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 25-35 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**



Tracking #: **0161117496**

