Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

Jason Crews,

          Plaintiff,

v.

Travel Club Enterprises LLC, *et al.*

          Defendants.

Case No. 2:25-cv-00024-KML

      Pursuant to Federal Rules of Civil Procedure ("F.R.Civ.P.") 15(a)(1), and Rules of Practice and Procedure of the U. S. District Court for the District of Arizona ("LRCiv") 15.1, Plaintiff hereby notifies the Court that Plaintiff has filed his First Amended Complaint, and has attached along with this notice a redlined copy of the amended pleading indicating in what respect it differs from the original pleading.

1

Dated this March 23, 2025.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing served via USPS to:
Travel Club Enterprises LLC
7141 E Main St Scottsdale, AZ 85251

AND

Alexandra Olson

4818 E Hearn Rd, Scottsdale, AZ 85254

By: /s/Jason Crews

Jason Crews

2