Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, <br><br> Plaintiff, <br><br> vs. <br><br> Blackrock Debt Relief Corp, *et al.* <br><br> Defendants. | Case No.: 2:25-cv-00025-JAT <br><br> Plaintiff's *Ex Parte* Motion to Withdraw Notice of Filing First Amended Complaint as a Matter of Course <br><br> *DEMAND FOR JURY TRIAL* |

    Plaintiff humbly moves this court to withdraw his Notice of Filing First Amended Complaint as a Matter of Course (Doc. 10). This document was inadvertently filed to the wrong docket and is not associated with this case. Plaintiff apologizes for any inconvenience this may have caused the Court.

RESPECTFULLY SUBMITTED on this March 23, 2025.

                                                             /s/*Jason Crews*
                                                             Jason Crews

COMPLAINT- 1