UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:25-cv-00025-JAT |
| Plaintiff, | |
| vs. | [PROPOSED] Order |
| Blackrock Debt Relief Corp, *et al.* | |
| Defendants. | DEMAND FOR JURY TRIAL |

Before the Court is Plaintiff's *Ex Parte* Motion to Withdraw Notice of Filing First Amended Complaint as a Matter of Course. Good cause showing, the motion is GRANTED. Plaintiff's *Ex Parte* Motion to Withdraw Notice of Filing First Amended Complaint as a Matter of Course (Doc. 10) is withdrawn.

RESPECTFULLY SUBMITTED on this March 23, 2025.

Hon. Judge James A. Teilborg

United States District of Arizona

COMPLAINT- 1