Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:25-cv-00025-JAT |
| Plaintiff, | |
| v. | Request For Entry of Default for Blackrock Debt Relief, LLC |
| Blackrock Debt Releif, *et al.* | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a) Plaintiff, Jason Crews ("Crews"), respectfully requests that the Clerk of the Court enter a default against Blackrock Debt Relief, LLC ("Blackrock"). In support of his request, Crews states as follows:

- The summons for Blackrock was issued January 10, 2025.
- Service was completed to Blackrock on March 7, 2025.
- Proof of service was filed for Blackrock on March 11, 2025, Doc. 9.
- Pursuant to Rule 12 (A)(1)(a) Blackrock had 21 days to serve their answer.
- No answer, motion, or responsive pleading has been filed within the time limit fixed by the court.
- Blackrock is a corporation, and it is neither an infant nor an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that it is not currently in the military service of the United States.

1

Dated this April 6, 2025.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
Blackrock Dept Relief, LLC
9043 160th St.,
Jamaica, NY, 11432

AND

Arthur Aminov
8320 141st St Apt 3F
Briarwood, NY 11435-1615

By:    /s/*Jason Crews*

Jason Crews

2