Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:25-cv-00025-JAT |
| Plaintiff, | |
| v. | Declaration in Support of Plaintiff's Request For Entry of Default for Blackrock Debt Relief, LLC |
| Blackrock Debt Relief, *et al.* | |
| Defendants. | |

1. My name is Jason Crews. I am over 18 years old. I can testify competently to the undersigned statements.

2. The Defendant in this action, Blackrock Debt Relief, LLC ("Blackrock"), was served a copy of the summons and complaint March 7, 2025.

3. Blackrock was required to file an answer no later than March 28, 2024.

4. No answer has been received.

5. Blackrock is a corporation, and is neither an infant nor an incompetent person.

///

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this April 6, 2025.

_____
Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
Blackrock Debt Relief, LLC
9043 160th St.
Jamaica, NY 11432

AND

Artur Aminov
8320 141st St Apt 3F
Briarwood, NY 11435-1615

By: _____/s/Jason Crews_____
    Jason Crews