# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Blackrock Debt Relief Corporation, et al.,<br><br>　　　　Defendants. | NO. CV-25-00025-PHX-JAT<br><br>**CLERK'S ENTRY OF DEFAULT** |

  Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Blackrock Debt Relief Corporation.

DEFAULT ENTERED this 7th day of April, 2025.

                Debra D. Lucas
                District Court Executive/Clerk of Court

April 7, 2025

                s/ Rebecca Kobza
           By Deputy Clerk