Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Blackrock Debt Relief, *et al.*<br><br>　　　　　Defendants. | Case No.: 2:25-cv-00025-JAT<br><br>Declaration in Support of Plaintiff's Request For Entry of Default for Artur Aminov |

1. My name is Jason Crews. I am over 18 years old. I can testify competently to the undersigned statements.

2. The Defendant in this action, Artur Aminov ("Aminov"), was served a Rule 4 waiver of service on January 11, 2025, and returned signed by Aminov and dated February 10, 2025.

3. Aminov was required to file an answer no later than March 29, 2024.

4. No answer has been received.

5. Aminov is a business owner and Plaintiff has not reason to believe that Aminov and is neither an infant nor an incompetent person.

1

6. I have queried the Department of Defense's SCRA website, and it has indicated that it is not currently in the military service of the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this April 24, 2025.

_____
Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
Blackrock Debt Relief, LLC
9043 160th St.
Jamaica, NY 11432

AND

Artur Aminov
8320 141st St Apt 3F
Briarwood, NY 11435-1615

By: _____/s/Jason Crews_____
    Jason Crews