**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Crews, | **NO. CV-25-00025-PHX-JAT** |
| Plaintiff, | |
| v. | **CLERK'S ENTRY OF DEFAULT** |
| Blackrock Debt Relief Corporation, et al., | |
| Defendants. | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Artur Aminov. DEFAULT ENTERED this 28th day of April, 2025.

Debra D. Lucas<br>
District Court Executive/Clerk of Court

April 28, 2025

By    s/ Rebecca Kobza<br>
         Deputy Clerk