Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:25-cv-00025-JAT |
| Plaintiff, | |
| v. | [Proposed] ORDER |
| Blackrock Debt Relief Corp, *et al.* | |
| Defendants. | |

This matter came before the Court on Plaintiff Jason Crews' Motion for Default Judgment against Defendants Blackrock Debt Relief Corp ("Blackrock") and Artur Aminov ("Aminov") (collectively "Defendants"). The Court, having reviewed the Motion, the Complaint, and the record in this case, and being fully advised in the premises, hereby ORDERS:

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Default Judgment is **GRANTED**.
2. Judgment is entered in favor of Plaintiff Jason Crews and against Defendants Blackrock Debt Relief Corp and Artur Aminov, jointly and severally, in the amount of **$1,980.00**, consisting of:
    - $1,500.00 in statutory damages (treble damages for TCPA violations)
    - $405.00 in filing fees
    - $75.00 in service costs
3. This judgment shall bear interest at the federal judgment rate from the date of entry.
4. The Clerk of Court is directed to close this case.
5. This Order shall be served upon all parties of record.

1