# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>        Plaintiff,<br><br>v.<br><br>Blackrock Debt Relief Corporation, et al.,<br><br>        Defendants. | NO. CV-25-00025-PHX-JAT<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant Blackrock Debt Relief Corp in the amount of $500

                                    Debra D. Lucas
                                    District Court Executive/Clerk of Court

July 28, 2025

                                    s/ Amber Roybal
                         By   Deputy Clerk