Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| Jason Crews, | Case No.: 2:25-cv-00025-JAT |
|---|---|
| Plaintiff, | |
| v. | MOTION FOR EXTENSION OF TIME TO FILE BILLS OF COSTS |
| Blackrock Debt Relief Corp, *et al.* | |
| Defendants. | |

Plaintiff, appearing pro se, respectfully moves this Court for an extension of time to file the Bill of Costs in this matter and requests that the Court accept the Bill of Costs filed contemporaneously with this Motion.

**STATEMENT OF FACTS**

1. The deadline to file the Bill of Costs in this matter was August 8, 2025.
2. Due to Plaintiff's personal travel commitments, the Bill of Costs was not filed by the August 8, 2025 deadline.
3. Plaintiff has filed the Bill of Costs contemporaneously with this Motion on August 10, 2025, resulting in a delay of only two (2) days.
4. The delay was minimal and caused by circumstances beyond Plaintiff's immediate control.

1

5. No party will be prejudiced by the acceptance of the Bill of Costs filed on August 10, 2025.

**LEGAL STANDARD**

Federal Rule of Civil Procedure 6(b)(1)(B) permits a court to extend a deadline for "good cause" even after the deadline has expired, provided the failure to act was the result of excusable neglect. The factors to consider in determining excusable neglect include: (1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential impact on judicial proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith.

**ARGUMENT**

Good cause and excusable neglect exist to grant this Motion. First, no party will be prejudiced by the two-day delay in filing the Bill of Costs. Second, the delay is minimal—only two days—and will have no impact on judicial proceedings. Third, the delay was caused by Plaintiff's personal travel commitments, which constitutes a reasonable explanation for the brief delay. Fourth, Plaintiff has acted in good faith by filing the Bill of Costs immediately upon return and by bringing this Motion to the Court's attention.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that this Court grant this Motion and accept the Bill of Costs filed on August 10, 2025.

Respectfully submitted,

Dated: **August 10, 2025**

By:     /s/ *Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
Blackrock Debt Relief Corp
160TH ST., JAMAICA, NY, 11432

AND

Artur Aminov
160TH ST., JAMAICA, NY, 11432

By:    */s/Jason Crews*

    Jason Crews