| Jason Crews, | Case No.: 2:25-cv-00025-JAT |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFF'S |
| Blackrock Debt Relief Corp, *et al.* | MOTION FOR EXTENSION OF TIME TO FILE |
| Defendants. | BILLS OF COSTS |

The Court having considered Plaintiff's Motion for Extension of Time to File Bill of Costs, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Extension of Time to File Bill of Costs is GRANTED.
2. The Bill of Costs filed on August 10, 2025, is accepted by the Court as timely filed.
3. Any objections to the Bill of Costs shall be filed within fourteen (14) days from the date of this Order.

**DATED:** _____, 2025

_____
UNITED STATES DISTRICT JUDGE

1