Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:25-cv-00025-JAT |
| Plaintiff, | |
| v. | BILL OF COSTS AGINST DEFENDANT |
| Blackrock Debt Relief Corp, *et al.* | BLACKROCK DEBT RELIEF CORP |
| Defendants. | |

Against Defendant BLACKROCK DEBT RELIEF CORP

TO THE CLERK OF THE COURT:

I hereby certify that the following costs were necessarily incurred in this action and are allowed by 28 U.S.C. § 1920 and Local Rule 54.1:

1

1. FEES OF THE CLERK

| Date | Description | Amount |
|---|---|---|
| 1/1/25 | Initial filing fee - District of Arizona | $405.00 |

| TOTAL FOR FEES OF THE CLERK: | $405.00 |
|---|---|

2. FEES FOR SERVICE OF SUMMONS AND SUBPOENA

| Date | Vendor | Description | Amount |
|---|---|---|---|
| 2/15/25 | ABC Legal Services | Service fees (50% allocation for Blackrock) | $75.00 |
| 1/11/25 | | Waivers to Blackrock - return envelope and postage | $0.87 |

| TOTAL FOR SERVICE FEES: | $75.87 |
|---|---|

3. FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS

N/A

4. FEES AND DISBURSEMENTS FOR PRINTING

| Date | Description | Amount |
|---|---|---|
| 1/1/25 | Initial documents printing | $31.50 |
| 1/11/25 | Waivers to Blackrock printing | $25.00 |
| TOTAL FOR PRINTING: | | $56.50 |

5. FEES FOR WITNESSES

N/A

///

6. FEES FOR EXEMPLIFICATION AND COPIES

N/A

7. OTHER COSTS

| Date | Type | Description | Amount |
|---|---|---|---|
| 1/1/25 | Postage | Initial documents | $7.18 |
| 1/1/25 | Envelopes | Initial documents | $0.60 |
| 1/11/25 | Postage | Waivers to Blackrock | $10.34 |
| 1/11/25 | Shipping | Waivers to Blackrock | $0.60 |
| TOTAL FOR OTHER COSTS: | | | $18.72 |

SUMMARY OF COSTS:

| Category | Amount |
|---|---|
| 1. Fees of the Clerk | $400.00 |
| 2. Fees for Service | $75.87 |
| 3. Transcripts | $0.00 |
| 4. Printing | $56.50 |
| 5. Witness Fees | $0.00 |
| 6. Exemplification and Copies | $0.00 |
| 7. Other Costs | $18.72 |
| TOTAL COSTS CLAIMED AGAINST BLACKROCK: | $551.89 |

Dated: **August 10, 2025**

By:   /s/ *Jason Crews*

Jason Crews

3

CERTIFICATE

I hereby certify that the foregoing costs are correct and were necessarily incurred in this action against Blackrock Debt Relief Corp, and that the services for which fees have been charged were actually and necessarily performed in accordance with Local Rule 54.1 and 28 U.S.C. § 1920.

Date: August 10, 2025

Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona.*

///

4

NOTICE TO OPPOSING PARTY
Any party objecting to any item on this Bill of Costs must file and serve written objections within fourteen (14) days after service of this Bill of Costs, pursuant to Local Rule 54.1(b). Failure to timely object to any item may result in waiver of objections to that item

///

CLERK'S CERTIFICATE

I hereby certify that the foregoing costs are allowed in the amount of $_____$.

**Date:** _____

**Clerk of Court**

By: _____
Deputy Clerk

///

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
Blackrock Debt Relief Corp
160TH ST., JAMAICA, NY, 11432

AND

Artur Aminov
160TH ST., JAMAICA, NY, 11432


By: _____/s/*Jason Crews*_____
     Jason Crews