IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiffs,<br><br>v.<br><br>Blackrock Debt Relief Corporation et al.<br><br>    Defendant. | No. CV-25-00025-PHX-JAT<br><br>JUDGMENT ON TAXATION OF COSTS |

  Judgement having been entered, plaintiff filed a Bill of Costs on August 10, 2025, seeking the taxation of $551.89, against defendant Artur Aminov. No Objection to the Bill of Costs was filed. The matter has been reviewed, and the Clerk finds that under LRCiv 54.1, the Bill of Costs are DENIED. The Bill of Costs is determined to be inadequately documented as no Judgement was entered against defendant Artur Aminov.

            DATED this 25th day of November 2025

            DEBRA D. LUCAS, CLERK

      By: _____

             Lenore R. Benoit

             Chief Deputy Clerk