IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>                Plaintiffs,<br><br>v.<br><br>Blackrock Debt Relief Corporation et al.<br><br>                Defendant. | No. CV-25-00025-PHX-JAT<br><br>JUDGMENT ON TAXATION OF COSTS |

Judgement having been entered, plaintiff filed a Bill of Costs on August 10, 2025, seeking the taxation of $551.89. No Objection to the Bill of Costs was filed. The matter has been reviewed, and the Clerk finds that under LRCiv 54.1(a), the Bill of Costs are DENIED. The Bill of Costs is determined to be inadequately documented.

                            DATED this 25th day of November 2025

                            DEBRA D. LUCAS, CLERK

By: _____

                                Lenore R. Benoit

                                Chief Deputy Clerk